THE PEOPLE ex rel. JOHN P. WHITLOCK, Respondent, *v.* THE COMMISSIONERS OF HIGHWAYS OF THE TOWN OF PALATINE, Appellant.

(Argued March 5, 1889; decided March 19, 1889.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made May 1, 1888, which affirmed an order of Special Term directing a peremptory writ of *mandamus* to issue.

*D. S. Morrill* for appellant.

*L. M. Weller* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.